

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00715-CV

**TK HANKS LP** and Paloma Capital LLC,
Appellants

v.

**ENERFIN FIELD SERVICES LLC**,
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 11-07-00120-CVL
Honorable Stella Saxon, Judge Presiding

PER CURIAM

Sitting:　　Karen Angelini, Justice
　　　　　　Marialyn Barnard, Justice
　　　　　　Rebeca C. Martinez, Justice

Delivered and Filed:  March 11, 2015

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have resolved their dispute by agreement. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM